MURRAY SREBNIK, Appellant, *v.* ESTELLE WEIN, Respondent

Supreme Court, Appellate Term, Second Department, May 26, 1948.

*Milton Meshel* and *Morris L. Meshel* for appellant.

*Sidney Eisen* for respondent.

*Per Curiam.* The complaint alleging a mutual rescission of the contract to marry and a further agreement to return each other's gifts, stated a good cause of action.

The judgment should be unanimously reversed on the law, with $10 costs to plaintiff, and motion denied, with $10 costs.

MacCRATE, FENNELLY and COLDEN, JJ., concur.

Judgment reversed, etc.